1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4
   Attorney for Defendant Joseph Gallo

**FILED**

MAR 4 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  CR-S-07-432-EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF DEFENDANT'S PERSONAL APPEARANCE** |
| JOSEPH GALLO, | ) | |
| Defendant. | ) | |

*As modified & Order*

18  Defendant hereby waives the right to be present in person in open court upon the hearing
19 of any motion or other proceeding in this case, including when the case is set for trial, when a
20 continuance is ordered, when time is excluded under the Speedy Trial Act, and when any other
21 action is taken by the Court before or after trial, except upon arraignment, plea, *TCH,* impanelment of
22 jury *Jury Trial,* and imposition of sentence. Defendant hereby requests the Court to proceed during every
23 absence of his which the Court may permit pursuant to this waiver; agrees that his interests will
24 be deemed represented at all time by the presence of his attorney, the same as if defendant were
25  \\\
26  \\\
27  \\\
28  \\\

*EJG*

1  personally present; and further agrees to be present in person in Court, ready for trial, on any day
2  which the Court may fix in his absence.
3
4  DATED: February 27, 2009                          /s/ Joseph Gallo
5                                                   _____
                                                    JOSEPH GALLO
6                                                   Defendant
7  DATED: February 27, 2009                          /s/ William J. Portanova
8                                                   _____
                                                    WILLIAM J. PORTANOVA
9                                                   Attorney for Defendant
10
11
12 **IT IS SO ORDERED.**
13 DATED: ~~February~~ March 3, 2009              _____
14                                                 THE HON. EDWARD J. GARCIA
                                                   United States District Court
15
16
17
18
19
20
21
22
23
24
25
26
27
28