```
WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
(916) 444-7900
(916) 444-7998 fax
portanova@thelawoffices.com
```

Attorney for Defendant Joseph Gallo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH GALLO, )<br>)<br>Defendant. )<br>_____ ) | CASE NO.   CR-S-07-432-EJG<br><br>**STIPULATION AND ORDER**<br>**RE: CONDITIONS OF**<br>**PRE-TRIAL RELEASE** |

    With this Court's permission, Defendant Joseph Gallo and the United States of America, by and through their undersigned attorneys, do hereby agree and stipulate to a modification of Defendant Gallo's Conditions of Pre-Trial Release. The purpose of this modification would be to allow him to travel to Mexico between September 26, 2009 and October 3, 2009. This Stipulation is necessary due to the existing Court Order restricting the Defendant's travel to within the Eastern District of California and because the Defendant will need to temporarily retrieve his U.S. Passport from the District Court Clerk for this brief period.

    The details of the trip are known to Pre-Trial Services Officer Becky Fidelman and she has asked for the posting of an additional security to ensure the Defendant's return. At the moment, the Defendant's appearance has been secured by a One Hundred Thousand Dollar Security, signed by both himself and his mother, Dana Gallo.

1  Defendant Gallo has made all necessary court appearances for over two years.

2  For purposes of this Stipulation and Order, it is proposed that the Defendant increase the

3  amount of his security to Two Hundred Thousand Dollars.  Accordingly,

4  **1.  It is hereby stipulated that Defendant Joseph Gallo be allowed to travel to**

5  **Mexico between September 26, 2009 and October 3, 2009 for personal**

6  **business.**

7  **2.  It is further stipulated that Defendant's passport be returned to him by**

8  **the Clerk of the Court for the purposes of this trip.  Defendant is to return**

9  **said passport to the office of the Clerk within three days of his return from**

10  **Mexico, and in no event later than October 7, 2009.**

12  **SO STIPULATED**.

13  DATED: September___10____, 2009          /s/ Joseph Gallo
14                                            _____
                                              JOSEPH GALLO
                                              Defendant

16  DATED: September___10____, 2009          /s/ William J. Portanova
                                              _____
17                                            WILLIAM J. PORTANOVA
                                              Attorney for Defendant Joseph Gallo

18  DATED: September ___10___, 2009          /s/ Matthew Stegman by WJP
                                              _____
19                                            MATTHEW STEGMAN
                                              Assistant United States Attorney

21  **IT IS SO ORDERED**.

23  DATED: September 10, 2009                /s/ Edward J. Garcia
                                              **THE HON. EDWARD J. GARCIA**
                                              United States District Court