```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CRS-07-432 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| GABRIEL RICHARD VIRAMONTES, and ) | |
| JOSEPH SALVATORE GALLO, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorneys, Matthew Stegman, and defendant GABRIEL RICHARD VIRAMONTES, by his attorney Michael Bigelow, and defendant JOSEPH SALVATORE GALLO, by his attorney William J. Portanova hereby stipulate and agree that the status conference calendared for Friday, April 30, 2010, at 10:00 a.m., before the Honorable Senior United States District Court Judge Edward J. Garcia, to request that the Court continue the status conference to Friday, May 28, 2010, at 10:00 a.m.

///

///

1

1     The Court's courtroom deputy, Ms. Colleen Lydon, has been
2 contacted to ensure the Court's calendar was available for that date
3 and the Court is available on Friday, May 28, 2010.
4     Both defendants are out of custody on pre-trial release
5 conditions.
6     The parties request the approximate 30 day continuance based on
7 two reasons.  The government previously provided discovery consisting
8 of about 16,000 pages.  During trial preparation, it came to the
9 attention of the parties that there were additional documents needed
10 that the government has since subpoenaed.  In addition, two of the
11 four defendants have entered guilty pleas, and additional discovery
12 related to those pleas has also been discovered.
13     The parties stipulate and agree that the case continues to be
14 complex as defined under the Speedy Trial Act Title 18 U.S.C. section
15 3161(h)(8)(B)(ii) and local code T-2, and by this stipulation request
16 the Court to continue to find the case to be complex as defined under
17 the Speedy Trial Act and Local Code T-2. Based upon the record made
18 at the prior Court status hearings, the parties agree and stipulate
19 the Court has a sufficient factual basis to continue to make the same
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

findings as it did regarding the complexity of the case and the need for additional time to prepare for all counsel, local codes T-2 and T-4.

```
                              Respectfully submitted,
                              McGREGOR W. SCOTT
                              UNITED STATES ATTORNEY

DATED: 4/29/10                /s/ Matthew C. Stegman
                              MATTHEW STEGMAN
                              ASSISTANT U.S. ATTORNEY


DATED: 4/29/10                /s/ Michael Bigelow
                              MICHAEL B. BIGELOW
                              Attorney for Defendant
                              GABRIEL RICHARD VIRAMONTES


DATED: 4/29/10                /s/ William J. Portanova
                              WILLIAM J. PORTANOVA
                              Attorney for Defendant
                              JOSEPH SALVATORE GALLO
```

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: April 29, 2010.

```
                              /s/ Edward J. Garcia
                              SENIOR  UNITED STATES
                              DISTRICT COURT JUDGE
```

3