1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  (916) 444-7900
   (916) 444-7998 fax
4  portanova@thelawoffices.com

5  Attorney for Defendant Joseph Salvatore Gallo

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA          )    CASE NO.    CRS-07-432 EJG
                                       )
13             Plaintiff,              )
                                       )
14     v.                              )    STIPULATION AND  ORDER TO
                                       )    CONTINUE JURY TRIAL AND TRIAL
15  GABRIEL RICHARD VIRAMONTES, and    )    READINESS HEARING
    JOSEPH SALVATORE GALLO,            )
16                                     )
               Defendants.             )
17  _____  )

18

19         With the Court's permission, the undersigned parties hereby stipulate and request that the

20  jury trial in this matter, presently calendared for Monday, November 8, 2010 at 10:00a.m. be

21  continued to March 7, 2011 at 10:00a.m., and that the trial readiness hearing presently calendared

22  for Friday, October 22, 2010 at 10:00a.m. be continued to February 18, 2011 at 10:00a.m.

23

24         It is further stipulated that the time between October 22, 2010 and March 7, 2011 be

25  excluded from the calculation of time under the Speedy Trial Act.

26         The parties submit that the ends of justice are served by the Court excluding such time so

27  that the counsel for each party may have reasonable time necessary for investigation and effective

28  preparation taking into account the exercise of due diligence.  18 USC Sec. 3161 (h)(7)(B)(iv)

    and Local Code T-4.

1    Defense counsel Michael Bigelow is in a complex federal trial before the Honorable

2    William B. Shubb and that trial is estimated to continue into December, 2010.  In addition, Mr.

3    Bigelow must appear before the United States Supreme Court in the last week of November.

4                                          Respectfully submitted,

5
                                           /s/ Matthew Stegman
6    DATED: October 20, 2010               _____
7                                          MATTHEW STEGMAN
                                           Assistant U.S. Attorney

8                                          /s/ William J. Portanova
     DATED: October 20, 2010               _____
9                                          WILLIAM J. PORTANOVA
                                           Attorney for Defendant Joseph Salvatore Gallo
10

11                                         /s/ Michael B. Bigelow
     DATED: October 20, 2010               _____
12                                         MICHAEL B. BIGELOW
                                           Attorney for Defendant Gabriel Richard Viramontes
13

14

15   **IT IS SO ORDERED**.
16
     DATED: October 20, 2010               /s/ Edward J. Garcia
17                                         _____
                                           THE HON. EDWARD J. GARCIA
18                                         United States District Court Judge

19

20

21

22

23

24

25

26

27

28