UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                      RE:    Joseph Salvatore GALLO
                              Docket Number:   2:07CR00432-04
                              **CONTINUANCE OF JUDGMENT**
                              **AND SENTENCING**

Your Honor:

The above matter is scheduled for judgment and sentencing on October 14, 2011. Due to the workload of the undersigned, more time is needed to interview the defendant and complete the presentence report. Therefore, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar, if approved.

                              Respectfully submitted,

                              /s/ Brenda Barron-Harrell

                              **BRENDA BARRON-HARRELL**
                              **United States Probation Officer**

**REVIEWED BY:**   /s/ Hugo Ortiz

                          **Hugo Ortiz**
                          **Supervising United States Probation Officer**

Dated:     September 26, 2011
              Sacramento, California
              BBH

Attachment

**FILED**

SEP 27 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

**RE:** **Joseph Salvatore GALLO**
**Docket Number: 2:07CR00432-04**

## CONTINUANCE OF JUDGMENT AND SENTENCING

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____       9/27/11
**EDWARD J. GARCIA**
**Senior United States District Judge**       **Date**

____ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number:   2:07CR00432-04 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Joseph Salvatore GALLO | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 12/16/2011, 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | 12/09/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 12/02/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/25/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 11/18/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 11/04/2011 |