WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998

Attorney for Defendant Joseph S. Gallo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CASE NO.   CRS-07-432 EJG** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | Date:   12/16/11 |
| JOSEPH SALVATORE GALLO, | Time:   10:00 a.m. |
| Defendant. | Courtroom:  The Hon. Edward J. Garcia |

With the Court's permission,  Defendant Joseph Salvatore Gallo, by and through his counsel, William J. Portanova, and Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Michael Anderson, hereby stipulate and agree that Mr. Gallo's sentencing hearing, presently calendared for December 16, 2011 at 10:00 a.m., may be continued to January 27, 2012 at 10:00 a.m.

\\

\\

\\

\\

\\

\\

      This continuance is necessary due to the unavailability of counsel, William J. Portanova, who must attend federal grand jury proceedings in Washington, D.C. on the afternoon of December 15, 2011.  While counsel plans to return to Sacramento that same day, counsel is not willing to bet on the reliability of air travel to ensure his appearance the following morning in this courtroom.

IT IS SO STIPULATED.

DATED:  December 14, 2011          /s/ William J. Portanova

                                                _____
                                              WILLIAM J. PORTANOVA
                                                Attorney for Defendant Joseph S. Gallo

DATED:  December 14, 2011          /s/ Michael Anderson

                                                _____
                                              MICHAEL ANDERSON
                                              Assistant United States Attorney

**IT IS SO ORDERED**.

DATED:  December  15, 2011        /s/ Edward J. Garcia
                                              THE HONORABLE EDWARD J. GARCIA
                                              Senior United States District Judge